UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re

LORA J. MARTIN,

         Debtor.
_____

LORA J. MARTIN,

         Plaintiff,

v.

CITY OF MILWAUKEE,

         Defendant.

Case No. 14-31091

Chapter 13

Adversary No. 14-2508

_____

ORDER DENYING DEFENDANT'S MOTION TO DISMISS
_____

For the reasons stated in the Court's Memorandum Decision entered on this date, IT IS ORDERED the City of Milwaukee's Motion to Dismiss is DENIED.

December 11, 2014

                                                       Margaret Dee McGarity
                                                       United States Bankruptcy Judge